# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| DR. NAARAH BRYANT,<br><br>        Plaintiff,<br><br>  v.<br><br>STRIDE, INC. AND PAM SIEGER,<br><br>        Defendants. | Case No. 2:25-cv-12662- RMG-MHC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Naarah Bryant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by undersigned counsel, hereby withdraws her Complaint without prejudice.

Dated: December 18, 2025,           Respectfully submitted,

                                      By:  */s/ Donald Gist*
                                            Donald Gist
                                            Gist Law Firm, P.A.
                                            4400 North Main Street
                                            Columbia, SC  29203
                                            dtommygist@yahoo.com
                                            Telephone: 803-771-8007
                                            Facsimile: 803-771-0063

                                            *Counsel for Plaintiff Naarah Bryant*

**CERTIFICATE OF SERVICE**

I hereby certify, on this 18th day of December 2025, the foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice was filed using the Court's CM/ECF system, which will send electronic notice of the same to the following:

Katie E. Towery, Federal Bar No. 12861
Littler Mendelson. P.C.
E-Mail: KTowery@littler.com
110 E. Court Street / Suite 201
Greenville, SC 29601
(864) 775-3193

*Counsel for Defendants*

 */s/ Donald Gist*
Donald Gist